

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:UAD                                      *271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 29, 2010

**By Hand**

Peter Kirchheimer, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

>    Re:  United States v. Tricia Carol-Ann Griffith,
>         also known as "Tricia Francis,"
>         Magistrate No. 10-1319

Dear Mr. Kirchheimer:

   Pursuant to your request, please find enclosed with this letter documents in the above-referenced case, Bates stamped 000000001 to 000000004.

   If you have any questions or further requests, please do not hesitate to contact me.

>                         Very truly yours,
>
>                         LORETTA E. LYNCH
>                         United States Attorney
>                         Eastern District of New York
>
>                  By:          /s/
>                         Una A. Dean
>                         Assistant U.S. Attorney
>                         (718) 254-6473

Enclosures

cc: Clerk of Court (by ECF & without enclosures)